UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE JONES, | No. 2:19-cv-01261-TLN-KJN |
| Petitioner, | |
| v. | **ORDER** |
| J. LONG, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed the instant application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 5.) After being granted an extension of time to respond (ECF Nos. 10, 11), Petitioner filed objections to the findings and recommendations. (ECF No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 25, 2020 (ECF No. 5), are ADOPTED IN FULL; and

2. Claims two, three, four and five are DISMISSED.

IT IS SO ORDERED.

DATED: August 3, 2020

                                              Troy L. Nunley
                                              United States District Judge