UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE JONES,<br><br>            Petitioner,<br><br>    v.<br><br>J. LONG, et al.,<br><br>            Respondents. | No.  2: 19-cv-1261 TLN KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 7, 2020, respondent filed a motion to dismiss. (ECF No. 18.)  Petitioner had thirty days to file an opposition.  (See ECF No. 5.)  Thirty days passed and petitioner did not file an opposition.

Petitioner's address of record is at the Sterling Correctional Facility in Sterling, Colorado. However, the Colorado Department of Corrections inmate locator web site does not identify petitioner as incarcerated in Colorado at this time.  The undersigned observes that respondent served petitioner with the pending motion to dismiss at the California Medical Facility ("CMF") in Vacaville, California.  The California Department of Corrections and Rehabilitation ("CDCR") inmate locator web site reflects that petitioner is incarcerated within the CDCR, but his current location is "unavailable."

////

Although CDCR records do not identify the institution where petitioner is incarcerated, the undersigned herein directs the Clerk of the Court to serve petitioner at CMF and, in an abundance of caution, at his address of record at the Sterling Correctional Facility.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is ordered to file a response to respondent's motion to dismiss within thirty days of the date of this order; failure to file a response will be deemed a waiver of opposition;

2. The Clerk of the Court is directed to serve this order on petitioner at his address of record at the Sterling Correctional Facility and at the following address: Paul Lee Jones, B-98000/164667, California Medical Facility, P.O. Box 2297, Vacaville, CA, 95696-2297.

Dated: September 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jones1261.osc