UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE JONES,<br><br>        Petitioner,<br><br>    v.<br><br>J. LONG, et al.,<br><br>        Respondents. | No. 2: 19-cv-1261 TLN KJN P<br><br><br>ORDER |

      Petitioner is a prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 19, 2020, the undersigned granted petitioner thirty days to file a response to respondent's motion to dismiss.  On October 13, 2020, petitioner filed a pleading, titled "Opposition to Motion to Dismiss," stating that he did not receive respondent's motion to dismiss.  On October 14, 2020, respondent filed proof of service of the motion to dismiss on petitioner at his address of record.

      Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted thirty days from the date of this order to file an amended opposition to respondent's motion to dismiss.

Dated:  October 15, 2020

Jones1261.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1